IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**ELWANDA CAROL GARTH**   **PLAINTIFF**

vs.   NO. 4:09-CV-693 (WRW)

**WAL-MART STORES, INC.**   **DEFENDANT**

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is stipulated and agreed by and between the parties in the above-styled case that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the above-styled cause of action should be dismissed with prejudice, each party to bear her and its own costs and fees.

Dated this 21st day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE

_____
**Elwanda Carol Garth,** *pro se*
917 Adams Street
Little Rock, Arkansas 72204

_____
Kathlyn Graves
Ark. Bar No. 76045
**Jeffrey L. Spillyards**
Ark. Bar. No. 2004159

MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201
Phone: 501-688-8800
Fax: 501-688-8807

*Attorneys for Defendant*